1  JASON A. VANMEETREN, ESQ.
   Nevada Bar No. 12511
2  E-mail: jvm@AnthemLawNV.com
3  DAVID L. LANGHAIM, ESQ.
   Nevada Bar No.: 12425
4  E-mail: dll@AnthemLawNV.com
   ANTHEM LAW
5  5685 Cameron Street
   Las Vegas, Nevada  89118
6  Telephone:  (702) 885-9897
7  *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BROWN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC, a foreign corporation; EQUIFAX INFORMATION SERVICES LLC, a foreign limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; GREEN TREE SERVICING LLC, a foreign limited liability company; and BANK OF AMERICA, N.A., a foreign limited partnership and as successor to COUNTRYWIDE BANK, FSB.<br><br>Defendants. | CASE NO.:  2:13-cv-02118-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANT BANK OF AMERICA'S MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff David Brown and defendant Bank of America, N.A. for itself and as successor to Countrywide Bank, FSB (BANA), by and through their respective counsel, stipulate and agree that Plaintiff shall have an extension of time to file an Opposition to Defendant Bank of America's Motion to Dismiss (ECF No. 21) by an additional ten (10) days until **February 3, 2014**. The response is currently due on January 23, 2014.

This is Plaintiff's first request for an extension of this deadline.  This stipulation is made in good faith, and is not anticipated or intended to cause any delay to any party.

The reason for the request is that Plaintiff's counsel was only recently retained, and its counsel is currently obtaining and reviewing the case in order to adequately participate in this litigation and determine if settlement is possible. Plaintiff's counsel and defendant's counsel have discussed settlement, and are hopeful the parties may resolve this matter prior to the anticipated extension deadline of February 3, 2014.

DATED this 22nd day of January, 2014.

| **ANTHEM LAW** | **AKERMAN LLP** |
|---|---|
| /s/ David L. Langhaim | /s/ Natalie L. Winslow |
| JASON A. VANMEETREN, ESQ. | ARIEL STERN, ESQ. |
| Nevada Bar No. 12511 | Nevada Bar No. 8276 |
| DAVID L. LANGHAIM, ESQ. | NATALIE L. WINSLOW, ESQ. |
| Nevada Bar No.: 12425 | Nevada Bar No. 12125 |
| 5685 Cameron Street | 1160 Town Center Drive, Suite 330 |
| Las Vegas, Nevada 89118 | Las Vegas, Nevada 89144 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant bank of America, N.A., for itself an as successor to Countrywide Bank, FSB* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: January 24, 2014