# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID BROWN,

        Plaintiff(s),

v.

TRANS UNION LLC, et al.,

        Defendant(s).

2:13-CV-2118 JCM (VCF)

## ORDER

Presently before the court is the matter of *Brown v. Trans Union LLC, et al.*, case no. 2:13-cv-2118-JCM-VCF.

Plaintiff David Brown and defendant Bank of America, N.A., have recently notified the court that they have reached a tentative settlement of all claims between them. (Doc. # 40). The parties represent that formal dismissal documents will be filed within the next 45 days. (*Id.*). As a result, the court will deny the pending motion to dismiss (doc. # 21) without prejudice.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to dismiss (doc. # 21) be, and the same hereby is, DENIED without prejudice.

DATED June 9, 2014.

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**